1  DANIEL G. BOGDEN
   United States Attorney
2  CRISTINA D. SILVA
   Assistant United States Attorney
3  333 Las Vegas Blvd South, Suite 5000
   Las Vegas, Nevada 89101
4  (702) 388-6336 (Phone)
   (702) 388-6418 (Fax)
5  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-00144-GMN-PAL |
| PLAINTIFF, | |
| vs. | GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |
| CHARLES WASHINGTON, | |
| DEFENDANT. | |

### ORDER DISMISSING CRIMINAL INDICTMENT

Based on the Motion of the Government, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Criminal Indictment filed herein under case number 2:11-cr-00144-GMN-PAL is **DISMISSED** pursuant to Federal Rule of Criminal Procedure 48(a).

**DATED** this 3rd day of November, 2011.

_____
Gloria M. Navarro
United States District Judge